BC LAW GROUP, P.C.
Brett E. Cooper (admitted *pro hac vice* )
bcooper@bc-lawgroup.com
Seth Hasenour (admitted *pro hac vice* )
shasenour@bc-lawgroup.com
Jonathan R. Yim (admitted *pro hac vice* )
jyim@bc-lawgroup.com
Drew B. Hollander (admitted *pro hac vice*)
dhollander@bc-lawgroup.com
Ashley M. Ratycz (admitted *pro hac vice*)
aratycz@bclgpc.com
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel: (212) 951-0100

REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP
Courtland L. Reichman (CA Bar No. 268873)
creichman@reichmanjorgensen.com
Jennifer Estremera (CA Bar No. 251076)
jestremera@reichmanjorgensen.com
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel:  (650) 623-1401

*Attorneys for Plaintiff
Universal Connectivity Technologies Inc.*

B. Trent Webb (*pro hac vice*)
Lauren E. Douville (*pro hac vice*)
Ryan J. Schletzbaum (*pro hac vice*)
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
T: 816.474.6550
F: 816.421.5547
bwebb@shb.com
ldouville@shb.com
rschletzbaum@shb.com

Amelia Murray (*pro hac vice*)
SHOOK, HARDY & BACON LLP
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
T: 312.704.7700
F: 312.558.1195
aemurray@shb.com

Megan Whyman Olesek (SBN 191218)
Keeley I. Vega (SBN 259928)
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 750
San Mateo, CA 94402
T: 650.521.5930
olesek@turnerboyd.com
vega@turnerboyd.com

*Attorneys for Defendant HP Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. ~~4:24-cv-04097-YGR~~  5:24-cv-04097-NW <br><br> **STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO ENLARGE TIME TO RESPOND AND REPLY TO MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** <br><br> **\*\*AS MODIFIED BY THE COURT\*\*** |

1. Pursuant to Civil L.R. 6-2, Plaintiff Universal Connectivity Technologies ("UCT") and Defendant HP Inc. ("HP") (collectively "the Parties") hereby submit this stipulated request to extend the briefing schedule, as reflected below.

2. On February 12, 2025, counsel for UCT filed an Opposed Notice of Motion and Motion for Leave to Amend its Infringement Contentions ("the Motion"). (ECF No. 101.) Pursuant to Civil L.R. 7-3(a), HP has up to and including February 26, 2025 to file an opposition to the Motion. Pursuant to Civil L.R. 7-3(c), UCT has up to and including March 5, 2025 to reply to the Motion.

3. On February 20, 2025, counsel for HP contacted counsel for UCT to request an extension to respond to the Motion. UCT offered a three (3) day extension of time to file an opposition to the Motion and requested a reciprocal three (3) day extension of time to file a reply to the Motion.

4. Therefore, UCT and HP stipulate and request the Court extend the current briefing schedule of the Motion, extending the deadline for HP to file its opposition to the Motion by three (3) days, up to and including March 3, 2025 and extending the deadline for UCT to file its reply to the Motion by three (3) days, up to and including March 13, 2025.

5. This is the first time the Parties have requested an extension of the briefing schedule of the Motion.

6. The proposed extension would not extend any other deadline in the case, nor would they affect the Court's ability to hold any scheduled hearing, trial, or other Court dates.

Dated: February 21, 2025

Respectfully submitted,

/s/ Ashley M. Ratycz

BC LAW GROUP, P.C.
Brett E. Cooper (admitted *pro hac vice*)
bcooper@bc-lawgroup.com
Seth Hasenour (admitted *pro hac vice*)
shasenour@bc-lawgroup.com
Jonathan R. Yim (admitted *pro hac vice*)
jyim@bc-lawgroup.com
Drew B. Hollander (admitted *pro hac vice*)
dhollander@bc-lawgroup.com
Ashley M. Ratycz (admitted *pro hac vice*)

aratycz@bclgpc.com
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel: (212) 951-0100

REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP
Courtland L. Reichman (CA Bar No. 268873)
creichman@reichmanjorgensen.com
Jennifer Estremera (CA Bar No. 251076)
jestremera@reichmanjorgensen.com
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel:  (650) 623-1401

*Attorneys for Plaintiff Universal Connectivity Technologies Inc.*

*/s/ Amelia E. Murray*
Lauren E. Douville (*pro hac vice*)
B. Trent Webb (*pro hac vice*)
Ryan J. Schletzbaum (*pro hac vice*)
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
T: 816.474.6550
F: 816.421.5547
bwebb@shb.com
ldouville@shb.com
rschletzbaum@shb.com

Amelia Murray (*pro hac vice*)
SHOOK, HARDY & BACON LLP
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
T: 312.704.7700
F: 312.558.1195
aemurray@shb.com

Megan Whyman Olesek
Keeley I. Vega
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 750
San Mateo, CA 94402
T: 650.521.5930
olesek@turnerboyd.com
vega@turnerboyd.com

*Attorneys for Defendant HP Inc*

2
STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO BRIEFING SCHEDULE
Case No. 4:24-cv-04097-YGR

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the Signatories identified above has concurred in the filing of this document.

Dated: February 21, 2025                    */s/ Amelia E. Murray*
                                            Amelia E. Murray

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February 26, 2025                   _____  Noël Wise
                                            The Honorable ~~Yvonne Gonzalez Rogers~~
                                            United States District Judge