UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 24-cv-04097-NW <br><br> **GRANTING STIPULATION TO CONTINUE HEARING DATE AND VACATING HEARING** <br><br> Re: ECF No. 217 |

On January 8, 2026, the parties filed a stipulation to continue the January 21, 2026 hearing on HP's motion for judgment on the pleadings. ECF No. 217. For good cause shown, the Court GRANTS the stipulation as modified.

Currently pending before the Court is HP's motion for judgment on the pleadings. ECF No. 167. The Court finds the matter suitable for disposition without oral argument. *See* Fed. R. Civ. P. 78(b); Civil L.R. 7-1(b). The hearing on this matter, currently scheduled for January 21, 2026 is hereby VACATED.

The Court, however, will reschedule the hearing for **Wednesday, February 25, 2026 at 9 a.m.** if the parties do the following. If any party advises the Court in writing by no later than two court days from the date of this order that most or all of the argument for its side will be conducted by a lawyer who either (1) has been licensed to practice law for five or fewer years and has not previously presented argument before this Court or (2) has not previously argued a substantive motion in any federal court, then the Court will reschedule the hearing to provide that opportunity.

**IT IS SO ORDERED.**

Dated: January 16, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California