BC LAW GROUP, P.C.
Brett E. Cooper (admitted pro hac vice)
bcooper@bc-lawgroup.com
Seth Hasenour (admitted pro hac vice)
shasenour@bc-lawgroup.com
Jonathan R. Yim (admitted pro hac vice)
jyim@bc-lawgroup.com
Drew B. Hollander (admitted pro hac vice)
dhollander@bc-lawgroup.com
Ashley M. Ratycz (admitted pro hac vice)
aratycz@bclgpc.com
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel: (212) 951-0100
Fax: (212) 951-0330

REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
Courtland L. Reichman (CA Bar No. 268873)
creichman@reichmanjorgensen.com
Jennifer Estremera (CA Bar No. 251076)
jestremera@reichmanjorgensen.com
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel:  (650) 623-1401

*Attorneys for Plaintiff*
*Universal Connectivity Technologies Inc.*

SHOOK HARDY & BACON LLP
B. Trent Webb (*pro hac vice*)
Lauren E. Douville (*pro hac vice*)
Ryan J. Schletzbaum (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
T: 816.474.6550
F: 816.421.5547
bwebb@shb.com
ldouville@shb.com
rschletzbaum@shb.com

Amelia E. Murray (*pro hac vice*)
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
T: 312.704.7700
F: 312.558.1195
aemurray@shb.com

Cesar A. Udave (*pro hac vice*)
600 Travis St., Suite 3400
Houston, TX 77002
T: 713.227.8008
F: 713.227.9508
cudave@shb.com

TURNER BOYD SERAPHINE LLP
Megan Whyman Olesek (SBN 191218)
Keeley I. Vega (SBN 259928)
155 Bovet Road, Suite 600
San Mateo, CA 94402
T: 650.521.5930
olesek@turnerboyd.com
vega@turnerboyd.com

*Attorneys for Defendant HP Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 5:24-cv-04097-NW (SVK) <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER DISMISSING '712 AND '103 PATENTS** <br><br> Judge: Hon. Noël Wise <br><br> Date Action Filed: September 28, 2023 <br><br> Trial Date: September 21, 2026 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Universal Connectivity Technologies Inc. ("UCT") and Defendant HP Inc. ("HP") (collectively, the "Parties"), by and through their respective counsel of record, hereby make a stipulated request for dismissal with prejudice of Count V and Count VIII, in their entirety, and Count IX, as it relates to U.S. Patent Nos. 8,680,712 and 9,852,103, of UCT's Complaint for Patent Infringement against HP (Dkt. 1). In addition, the parties stipulate to dismissal without prejudice of HP's Fifth, Eighth, Thirteenth, and Sixteenth Counterclaims of HP's Answer, Defenses, and Counterclaims (Dkt. 12).

DATED: March 12, 2026                         Respectfully submitted,

/s/ Brett Cooper                              /s/ Lauren Douville
Brett Cooper (*pro hac vice*)                 Lauren E. Douville (*pro hac vice*)
BC LAW GROUP, P.C.                            SHOOK, HARDY & BACON LLP


*Attorneys for Plaintiff Universal*           *Attorneys for Defendant HP Inc.*
*Connectivity Technologies Inc.*

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ Brett Cooper
Brett Cooper


**PURSUANT TO STIPULATION,  IT IS SO ORDERED.**


DATED: March 13, 2026


_____
The Honorable Noël Wise
United States District Judge

1