B. Trent Webb (*pro hac vice*)
Lauren E. Douville (*pro hac vice*)
Ryan J. Schletzbaum (*pro hac vice*)
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
T: 816.474.6550
bwebb@shb.com
ldouville@shb.com
rschletzbaum@shb.com

Amelia Murray (*pro hac vice*)
SHOOK, HARDY & BACON LLP
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
T: 312.704.7700
aemurray@shb.com

Megan Whyman Olesek (SBN 191218)
Keeley I. Vega (SBN 259928)
THOMPSON HINE LLP
155 Bovet Road, Suite 600
San Mateo, CA 94402
T: 650.521.5930
megan.whyman.olesek@thompsonhine.com
keeley.vega@thompsonhine.com

*Attorneys for Defendant HP Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 5:24-cv-04097-NW (SVK) <br><br> **STIPULATION AND [PROPOSED] ORDER TO APPEAR VIA ZOOM AT THE MAY 12, 2026, MOTION FOR SANCTIONS** <br><br> Date:  May 12, 2026 <br> Time:  10:00 a.m. <br> Place:  Courtroom 6 – 4th Floor |

Pursuant to Civil Local Rule 7-12 and Magistrate Judge Susan van Keulen's Civil and Discovery Referral Matters Standing Order Section 1, Plaintiff Universal Connectivity Technologies, Inc. ("UCT") and Defendant HP Inc. ("HP") (collectively, "the Parties"), through their respective undersigned counsel, respectfully submit this stipulated request and proposed order for an order to appear via Zoom at the May 12, 2026, Motion for Sanctions.

WHEREAS, UCT filed a Motion for Sanctions (ECF 265) with a hearing date of May 12, 2026, at 10:00 a.m.

WHEREAS, the Civil and Discovery Referral Matters Standing Order for Magistrate Judge Susan van Keulen states that all "motion hearings will be in person."

WHEREAS, the Parties recognize the importance of the motion and will appear in person if that is the Court's preference, but also submit that additional litigation team members would be able to attend a hearing via Zoom.

WHEREAS, the Parties stipulate and agree, subject to the Court's preference and approval, to seek permission for both parties to appear via Zoom for the Motion for Sanctions on May 12, 2026, at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED: May 4, 2026

Respectfully submitted,

*/s/Megan Whyman Olesek*
B. Trent Webb (*pro hac vice*)
Lauren E. Douville (*pro hac vice*)
Ryan J. Schletzbaum (*pro hac vice*)
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
T: 816.474.6550
bwebb@shb.com
ldouville@shb.com
rschletzbaum@shb.com

Amelia Murray (*pro hac vice*)
SHOOK, HARDY & BACON LLP
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606

1
STIPULATION AND [PROPOSED] ORDER TO APPEAR VIA ZOOM AT THE MAY 12, 2026, MOTION FOR SANCTIONS
Case No. 5:24-cv-04097-NW

T: 312.704.7700
aemurray@shb.com

Megan Whyman Olesek (SBN 191218)
Keeley I. Vega (SBN 259928)
THOMPSON HINE LLP
155 Bovet Road, Suite 600
San Mateo, CA 94402
T: 650.521.5930
megan.whyman.olesek@thompsonhine.com
keeley.vega@thompsonhine.com

*Attorneys for Defendant HP Inc.*

DATED: May 4, 2026

*/s/ Seth Hasenour*
LAW GROUP, P.C.
Brett E. Cooper (admitted pro hac vice)
bcooper@bc-lawgroup.com
Seth Hasenour (admitted pro hac vice)
shasenour@bc-lawgroup.com
Jonathan R. Yim (admitted pro hac vice)
jyim@bc-lawgroup.com
Drew B. Hollander (admitted pro hac vice)
dhollander@bc-lawgroup.com
Ashley M. Ratycz (admitted pro hac vice)
aratycz@bclgpc.com
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel: (212) 951-0100

REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
Courtland L. Reichman (CA Bar No. 268873)
creichman@reichmanjorgensen.com
Jennifer Estremera (CA Bar No. 251076)
jestremera@reichmanjorgensen.com
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401

*Attorneys for Plaintiff Universal Connectivity
Technologies Inc.*

STIPULATION AND [PROPOSED] ORDER TO APPEAR VIA ZOOM AT THE MAY 12, 2026, MOTION FOR
SANCTIONS
Case No. 5:24-cv-04097-NW

**PURSUANT TO STIPULATION, IT IS ORDERED THAT** the hearing on Plaintiff's Motion for Sanctions currently set for May 12, 2026 **shall proceed via videoconference**.  The Parties are directed that any party intending to use a demonstrative must submit the demonstrative(s) via email to the Court at svkcrd@cand.uscourts.gov no later than 5:00 p.m. on May 11, 2026.

**SO ORDERED.**

Dated:  May _6_, 2026                    _____

United States Magistrate Judge
Hon. Susan van Keulen

3
STIPULATION AND [PROPOSED] ORDER TO APPEAR VIA ZOOM AT THE MAY 12, 2026, MOTION FOR SANCTIONS
Case No. 5:24-cv-04097-NW